05/21/2014   22:02   4103134236   HOWARDCOSHERIFFDVUNT   PAGE   05/10

 

# DISTRICT COURT OF MARYLAND FOR HOWARD COUNTY

3451 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043

Case No. 1001SP005042014
Date: 05/21/2014 2:48 p.m.

### KENDA SUSANNE NEWTON   vs   DAVID WAYNE SOHL
### TEMPORARY PEACE ORDER

After the appearance of the PETITIONER, and

A. Considering the petition and evidence, the Court finds reasonable grounds to believe that Respondent:

1. Has committed the following act(s) against Petitioner within 30 days before the filing of the Petition:

2. Is likely to commit a prohibited act against the petitioner in the future.

Based on the foregoing, the Court hereby ORDERS:

1. That the Respondent SHALL NOT commit or threaten to commit any of the following acts against Petitioner: an act which causes serious bodily harm; an act that places the Petitioner in fear of imminent serious bodily harm; assault; rape, attempted rape, sexual offense, or attempted sexual offense; false imprisonment; harassment; stalking; trespass; or malicious destruction of property.

2. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact, or harass the Petitioner.

3. The Respondent SHALL NOT enter the residence of KENDA SUSANNE NEWTON at 6640 SENECA FARM RD, COLUMBIA, MD, 21046.
(Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling.)

4. That the Respondent SHALL STAY AWAY from:

    The Petitioner's school(s) at:
    (1) School: ATHOLTON ELEMENTARY, 6700 SENECA DR, COLUMBIA, MD, 21046

    The Petitioner's place(s) of employment at:
    (1) Place of employment: NASA GODDARD SPACE FLIGHT CTR, 8800 GREENBELT RD, GREENBELT, MD, 20771

5. This Order supersedes and overrides any previously entered Interim Peace Order issued by a Commissioner.

A FINAL PEACE ORDER HEARING SHALL BE HELD ON May 28, 2014 AT 01:15PM AT DISTRICT COURT AT 3451 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043.

> If the court is closed unexpectedly on the day this Temporary Peace Order expires, the Order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at _____.
> Time

NOTICE TO ALL PARTIES: Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.

Date: 05/21/2014

JUDGE RICARDO DANIEL ZWAIG

CC-DC/PO 2 (Rev. 11/2012)          Page 1